**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**COURTNEY STAMM,**

       **Plaintiff,**                          **Case No. 2:19-cv-4841**
   **v.**                                     **JUDGE EDMUND A. SARGUS, JR.**
                                             **Chief Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF
SOCIAL SECURITY,**

       **Defendant.**

### ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on December 21, 2020. (ECF No. 21.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner's decision.

    **IT IS SO ORDERED.**

**1/13/2021**                                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**